**Opinion filed January 11, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00281-CR

_____

### FORREST LEWIS HATLEY, IV, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 39th District Court**
**Haskell County, Texas**
**Trial Court Cause No. 6570**

## M E M O R A N D U M   O P I N I O N

Forrest Lewis Hatley, IV has filed in this court a motion to dismiss his appeal.  Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

January 11, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.